# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case. No. 3:19-CR-20 (CAR) |
| | : | |
| HUNTER LACADEN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss the above-styled Indictment against Defendant Hunter Lacaden pursuant to Federal Rule of Criminal Procedure 48(a). Defendant was indicted in this case for Possession of Marijuana with Intent to Distribute, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, Possession of a Firearm by a Drug User, and Maintaining a Drug Premises. Defendant, however, entered a plea of guilty and was sentenced in the United States Court for the District of Oregon in case number 3:21-CR-00302-SI. The guilty plea and sentence in the District of Oregon included admissions to the acts alleged in the indictment in the present case.

After careful consideration, the Court finds it is in the interest of justice to grant the Government's request. Accordingly, the Court **GRANTS** the Government's Motion to Dismiss Indictment [Doc. 72] and hereby **ORDERS** the pending Indictment against Hunter Lacaden to be **DISMISSED**.

**SO ORDERED**, this 31st day of March, 2022.

                                                  s/ C. Ashley Royal_____
                                                  C. ASHLEY ROYAL, SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT